# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES McMILLAN,** | No. 3:21cv1061 |
| Plaintiff | (Judge Munley) |
| | (Magistrate Judge Carlson) |
| **INSTEEL WIRE PRODUCTS, CO.,** | |
| Defendant | |

## ORDER

**AND NOW**, to wit, this 26th day of January 2024, it is hereby **ORDERED** as follows:

1) The plaintiff's objections to Magistrate Judge Carlson's report and recommendation (Doc. 20) are **OVERRULED**;

2) The report and recommendation (Doc. 19) is **ADOPTED**;

3) The defendant's motion to dismiss plaintiff's amended complaint (Doc. 9) is **GRANTED**;

4) The plaintiff's amended complaint (Doc. 8) is **DISMISSED**; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

**JUDGE JULIA K. MUNLEY**
United States District Court